UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY
LITIGATION

FILED
Sep 11, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 2814

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −15)

On February 2, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1350 (J.P.M.L. 2018). Since that time, 346 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Andre Birotte, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Birotte.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of February 2, 2018, and, with the consent of that court, assigned to the Honorable Andre Birotte, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 30, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2814


SCHEDULE CTO−15 − TAG−ALONG ACTIONS


| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|

CALIFORNIA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| CAE | 2 | 18−00803 | Gonzalez v. Ford Motor Company | 2:18-cv-07700-AB(FFMx) |
| CAE | 2 | 18−00813 | Van Etten v. Ford Motor Company | 2:18-cv-07701-AB(FFMx) |
| CAE | 2 | 18−00815 | Sanchez v. Ford Motor Company, et al. | 2:18-cv-07702-AB(FFMx) |
| CAE | 2 | 18−00817 | Grimes v. Ford Motor Company | 2:18-cv-07704-AB(FFMx) |
| CAE | 2 | 18−00818 | Herrera v. Ford Motor Company | 2:18-cv-07705-AB(FFMx) |
| CAE | 2 | 18−00837 | Martinez v. Ford Motor Co. | 2:18-cv-07706-AB(FFMx) |
| CAE | 2 | 18−00843 | Montano v. Ford Motor Company et al | 2:18-cv-07708-AB(FFMx) |
| CAE | 2 | 18−00844 | Paez v. Ford Motor Company | 2:18-cv-07709-AB(FFMx) |
| CAE | 2 | 18−00845 | Miller v. Ford Motor Company | 2:18-cv-07710-AB(FFMx) |
| CAE | 2 | 18−00846 | Hater v. Ford Motor Company et al | 2:18-cv-07711-AB(FFMx) |
| CAE | 2 | 18−00848 | Lopez v. Ford Motor Company | 2:18-cv-07712-AB(FFMx) |
| CAE | 2 | 18−01331 | Hite et al v. Ford Motor Company | 2:18-cv-07714-AB(FFMx) |
| CAE | 2 | 18−01531 | Pate v. Ford Motor Company et al | 2:18-cv-07715-AB(FFMx) |
| CAE | 2 | 18−01532 | Wiederhold et al v. Ford Motor Company | 2:18-cv-07716-AB(FFMx) |
| CAE | 2 | 18−01533 | Hanes v. Ford Motor Company et al | 2:18-cv-07717-AB(FFMx) |
| CAE | 2 | 18−01534 | Hernandez v. Ford Motor Company | 2:18-cv-07769-AB(FFMx) |
| CAE | 2 | 18−01535 | Pucilowski v. Ford Motor Company | 2:18-cv-07771-AB(FFMx) |
| CAE | 2 | 18−01536 | Lombardi v. Ford Motor Company | 2:18-cv-07772-AB(FFMx) |
| CAE | 2 | 18−01537 | Matthews et al v. Ford Motor Company et al | 2:18-cv-07773-AB(FFMx) |
| CAE | 2 | 18−01538 | Landy v. Ford Motor Company | 2:18-cv-07774-AB(FFMx) |
| CAE | 2 | 18−01539 | Runyan et al v. Ford Motor Company et al | 2:18-cv-07775-AB(FFMx) |
| CAE | 2 | 18−01541 | Tomek et al v. Ford Motor Company | 2:18-cv-07776-AB(FFMx) |
| CAE | 2 | 18−01542 | Roderick v. Ford Motor Company | 2:18-cv-07777-AB(FFMx) |
| CAE | 2 | 18−01543 | Turturici et al v. Ford Motor Company et al | 2:18-cv-07778-AB(FFMx) |
| CAE | 2 | 18−01633 | House v. Ford Motor Company | 2:18-cv-07779-AB(FFMx) |
| CAE | 2 | 18−01643 | Polite v. Ford Motor Company et al | 2:18-cv-07780-AB(FFMx) |
| CAE | 2 | 18−01646 | Ovieda v. Ford Motor Company et al | 2:18-cv-07781-AB(FFMx) |
| CAE | 2 | 18−01649 | Linares v. Ford Motor Company et al | 2:18-cv-07783-AB(FFMx) |
| CAE | 2 | 18−01650 | Hammon v. Ford Motor Company | 2:18-cv-07785-AB(FFMx) |
| CAE | 2 | 18−01651 | Jones−Vaughn v. Ford Motor Company | 2:18-cv-07786-AB(FFMx) |
| CAE | 2 | 18−01654 | Hall et al v. Ford Motor Company | 2:18-cv-07787-AB(FFMx) |

| | | | | |
|---|---|---|---|---|
| CAE | 2 | 18−02223 | Thompson v. Ford Motor Company | 2:18-cv-07788-AB(FFMx) |

CALIFORNIA NORTHERN

| | | | | |
|---|---|---|---|---|
| CAN | 5 | 18−04950 | Mendieta et al v. Ford Motor Company et al | 2:18-cv-07789-AB(FFMx) |

CALIFORNIA SOUTHERN

| | | | | |
|---|---|---|---|---|
| CAS | 3 | 18−01911 | Raskin et al v. Ford Motor Company et al | 2:18-cv-07790-AB(FFMx) |
| CAS | 3 | 18−01912 | Cordaro et al v. Ford Motor Company et al | 2:18-cv-07791-AB(FFMx) |
| CAS | 3 | 18−01917 | Petzen et al v. Ford Motor Company et al | 2:18-cv-07792-AB(FFMx) |
| CAS | 3 | 18−01931 | Jones v. Ford Motor Company et al | 2:18-cv-07793-AB(FFMx) |

**I hereby attest and certify on** 9/5/2018
**that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.**

**CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**



_____
**DEPUTY CLERK**

